IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAHAIRA RAMIREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>            Defendant. | Civil Action<br>No. 16-7024 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Jahaira Ramirez seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**December 5, 2016**  
Date

s/ Jerome B. Simandle  
JEROME B. SIMANDLE  
Chief U.S. District Judge